**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**GERARD NDI CHI**                          **CIVIL ACTION NO. 3:26-cv-00637**

**VERSUS**                                 **DISTRICT JUDGE ROBERT R.**

                                          **SUMMERHAYS**

**BRIAN ACUNA , ET AL, ET AL**             **MAGISTRATE JUDGE DAVID J AYO**

---

### ORDER

Considering the Unopposed Motion for Extension of Deadline to Respond filed by the

Petitioner's attorney having been considered:

IT IS ORDERED that the motion is GRANTED and Petitioner's Attorney is permitted

until April 29, 2026 to respond to Respondent's Opposition to Petitioner's Petition for Writ of

Habeas Corpus.

THUS, DONE AND SIGNED in Lafayette, Louisiana, this 16th day of April 2026.

_____
UNITED STATES MAGISTRATE JUDGE