**UNITED STATES DISTRICT COURT WESTERN DISTRICT OF LOUISIANA**

**MONROE DIVISION**

| | |
|---|---|
| GERARD NDI CHI | Case No. 3:26-cv-00637 |
| Petitioner, | |
| v. | **JUDGE ROBERT R SUMMERHAYS** |
| BRIAN ACUNA ET AL | **MAGISTRATE JUDGE DAVID J AYO** |
| Respondents. | |

**ORDER**

IT IS ORDERED THAT the petition for habeas corpus is hereby dismissed in the above described action

SO ORDERED on this, the 1st day of May, 2026.

_____

US DISTRICT COURT JUDGE